```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PABLO RAVAZZANI,**

                      **Plaintiff,**

    -against-

**NINA SARIN ARIAS D/B/A ARIAS NEW YORK,**

                      **Defendant.**

**22-cv-0876 (ALC)**

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    May 16, 2022
              New York, New York

*[signature: Andrew T. Carter]*

**ANDREW L. CARTER, JR.**
**United States District Judge**